UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KING VAN NGUYEN | CIVIL ACTION |
| VERSUS | NO. 16-1107 |
| KEITH COOLEY, WARDEN | SECTION "N"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that King Van Nguyen's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 16th day of May, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE